THYBERGLAW
GREGORY A. THYBERG SBN 102132
greg@thyberglaw.com
PETER G. THYBERG SBN 278271
peter@thyberglaw.com
8789 AUBURN FOLSOM RD., SUITE C337
GRANITE BAY, CALIFORNIA 95746
TEL: (916) 204-9173

ATTORNEYS FOR PLAINTIFF, PATCHES RESTAGNO

LITTLER MENDELSON PC
TARUN MEHTA SBN 262886
TMehta@Littler.com
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
Telephone:    925.932.2468

ATTORNEYS FOR DEFENDANT, WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATCHES RESTAGNO, an individual, | **Case No. 2:14-cv-00883-JAM-EFB** |
| Plaintiff, | **STIPULATION AND ORDER TO VOLUNTARILY DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)** |
| v. | |
| WAL-MART STORES, INC., a corporation; | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS ACTION
PURSUANT TO FRCP 41(a)(1)(A)
Case No. 2:14-cv-00883-JAM-EFB

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant WAL-MART STORES INC. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or fees awarded to either party.

Respectfully submitted this 7th day of October 2014.

THYBERGLAW

Dated October 7, 2014	By: /s/  Peter G. Thyberg
			Peter G. Thyberg
			Attorney for Plaintiff
			PATCHES RESTAGNO


LITTLER MENDELSON P.C.

Dated October 7, 2014	By: /s/ Tarun Mehta
			Tarun Mehta
			Attorney for Defendant
			Walmart Stores, Inc.

## ORDER

Based on the foregoing stipulation between the parties, it is hereby ordered that the above-entitled matter be dismissed, with prejudice, without costs or fees awarded to either party.

**IT IS SO ORDERED.**

DATED: 10/7/2014	/s/ John A. Mendez
			The Honorable John A. Mendez
			United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)
Case No. 2:14-cv-00883-JAM-EFB

2